626

opinion filed June 4, 1948; released for publication June 25, 1948. Ralph M. Eaton and Manus & Manus, for appellant; Chas. E. Stuart, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.

People of State of Illinois ex rel. John J. Ward, Appellee, v. Walter Tueffel, President et al., Trustees of Village of Bellwood, Appellants.

Gen. No. 44,390.

opinion filed June 7, 1948; released for publication June 23, 1948. B. F. Langworthy, Charles Center Case and Thomas A. Matthews, for appellants; John S. Boyle, Ward, Moore & Ward and William J. Sheridan, Jr., for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.